UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

MICHAEL SCHOOLEY,

    Plaintiff,    Hon. Phillip J. Green

v.    Case No. 1:18-cv-00192

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

———————————

**JUDGMENT AWARDING ATTORNEY'S FEES
<u>UNDER THE EQUAL ACCESS TO JUSTICE ACT</u>**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $1,732.50, as full and final adjudication of EAJA fees and expenses in this action.

Dated: February 5, 2019    <u>/s/ Phillip J. Green</u>
                PHILLIP J. GREEN
                United States Magistrate Judge